UNITED STATES COURT OF INTERNATIONAL TRADE                    FORM 3

KING SUPPLY COMPANY LLC D/B/A
KING ARCHITECTURAL METALS,

                Plaintiff,                  Court No. 09-00477

      v.

UNITED STATES,                          **SUMMONS**

                Defendant.

TO:    The Attorney General, the Department of Commerce:

    **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

                                                    **/s/Tina Potuto Kimble**
                                                    Clerk of the Court

---

1. **Name and standing of Plaintiff:**

    Plaintiff in this action is King Supply Company LLC d/b/a King Architectural Metals ("King Architectural"). Plaintiff is an importer of certain steel pipe fittings from China. Plaintiff requested that the Department of Commerce, International Trade Administration, issue a scope ruling finding that the pipe fittings imported by King Architectural are outside the scope of the antidumping duty order on Certain butt-weld pipe fittings from China. See *Antidumping Duty Order and Amendment to the Final Determination of Sales at Less Than Fair Value: Carbon Steel Butt-Weld Pipe Fittings from the People's Republic of China,* 57 Fed. Reg. 29702 (July 6, 1992). The Department of Commerce issued a final scope ruling adverse to the Plaintiff on October 20, 2009, which was mailed to Plaintiff on October 21, 2009.

    Plaintiff is an interested party as described in section 771(9)(A) of the Tariff Act of 1930, as amended, 19 U.S.C. § 1677(9)(A), and participated as a party in the above referenced scope proceeding. Plaintiff has standing to bring this action under 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c).

2. **Brief description of contested determination:**

    Plaintiff contests the Department of Commerce's determination in *Carbon Steel Butt-Weld Pipe Fittings from the People's Republic of China* that certain butt-weld pipe fittings imported by King Architectural are within the scope of the antidumping duty order.

3.  **Date of determination:**

    The Department of Commerce signed the final scope ruling on October 20, 2009.

4.  **Notice of contested determination:**

    The Department of Commerce mailed the final scope ruling on October 21, 2009. Because this summons is being filed within 30 days of the date the decision was mailed, it is timely filed under 19 U.S.C. § 1516a(a)(2)(A).

                        Respectfully submitted,

                        /s/Thomas V. Vakerics
                        Thomas V. Vakerics
                        Kristen Smith
                        Mark Tallo
                        **SANDLER, TRAVIS & ROSENBERG, P.A**.
                        1300 Pennsylvania Ave, NW
                        Suite 400
                        Washington, D.C. 20004
                        202-216-9307

                        Attorney for Plaintiff

Dated:  November 10, 2009

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

Attorney in Charge
International Trade Field Office
Commercial Litigation Branch
U.S. Department of Justice
26 Federal Plaza
New York, NY 10278

General Counsel
U.S. Department of Commerce
14th Street & Constitution Ave, N.W.
Washington, D.C. 20230.