Form 17-1

**Form 17**

### UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| KING SUPPLY COMPANY LLC D/B/A KING ARCHITECTURAL METALS, | Plaintiff, |
| v. | |
| UNITED STATES | Defendant. |

Court No.  09-00477

### BUSINESS PROPRIETARY INFORMATION CERTIFICATION

__Thomas V. Vakerics_____ certifies that

1.     I am

   ☒     an attorney at the law firm of _Sandler, Travis & Rosenberg, PA_ ; or an attorney in the corporate legal department of _____, and I have read and am familiar with the Rules of the United States Court of International Trade.

   ☐     a consultant employed by _____.

2.     I represent, or am retained by or on behalf of

   ☒     a party to this action,

   ☐     an interested party that has filed a motion to intervene in this action, which is identified below:

   _____.

3.     I was

   ☒     granted access to business proprietary information subject to an administrative protective order in the administrative proceeding which gives rise to this action.

   ☐     not subject to an administrative protective order in the administrative proceeding which gives rise to this action.  All parties to this action and interested parties who are entitled to service of this Certification pursuant to Rules 5 and 73.2(c)(5) of the United States Court of International Trade are listed below:

Form 17-2

| Party | Attorney | Date of Contact |
|-------|----------|-----------------|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Each of these parties or interested parties has been contacted; none has objected to my access to proprietary information in this action subject to the Appendix on Access to Business Proprietary Information Pursuant to Rule 73.2(c) to the Rules of the United States Court of International Trade.

4.     I am

☒     (for attorneys)  not involved in competitive decision making for the interested party I represent.

☐     (for consultants)  independent of all parties in this action.

5.     I have read and agree to be bound by the terms of the Appendix on Access to Business Proprietary Information Pursuant to Rule 73.2(c) to the Rules of the United States Court of International Trade.

/s/Thomas V. Vakerics
_____
[Attorney or consultant]

Sandler, Travis & Rosenberg
_____

1300 Pennsylvania Ave, NW Suite 400
_____

Washington, DC 20004
_____
[Address and Telephone Number]
202-216-9307

Date:   November 10, 2009

Form 17-1

**Form 17**

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | | |
|---|---|---|
| KING SUPPLY COMPANY LLC D/B/A KING ARCHITECTURAL METALS, | Plaintiff, | |
| v. | | |
| UNITED STATES | Defendant. | |

Court No.  09-00477

## BUSINESS PROPRIETARY INFORMATION CERTIFICATION

_Kristen Smith_____ certifies that

1.    I am

☒    an attorney at the law firm of _Sandler, Travis & Rosenberg, P.A._ ; or an attorney in the corporate legal department of _____, and I have read and am familiar with the Rules of the United States Court of International Trade.

☐    a consultant employed by _____.

2.    I represent, or am retained by or on behalf of

☒    a party to this action,

☐    an interested party that has filed a motion to intervene in this action, which is identified below:

_____.

3.    I was

☒    granted access to business proprietary information subject to an administrative protective order in the administrative proceeding which gives rise to this action.

☐    not subject to an administrative protective order in the administrative proceeding which gives rise to this action.  All parties to this action and interested parties who are entitled to service of this Certification pursuant to Rules 5 and 73.2(c)(5) of the United States Court of International Trade are listed below:

Form 17-2

| Party | Attorney | Date of Contact |
|-------|----------|-----------------|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Each of these parties or interested parties has been contacted; none has objected to my access to proprietary information in this action subject to the Appendix on Access to Business Proprietary Information Pursuant to Rule 73.2(c) to the Rules of the United States Court of International Trade.

4. I am

   ☒ (for attorneys) not involved in competitive decision making for the interested party I represent.

   ☐ (for consultants) independent of all parties in this action.

5. I have read and agree to be bound by the terms of the Appendix on Access to Business Proprietary Information Pursuant to Rule 73.2(c) to the Rules of the United States Court of International Trade.

/s/Kristen Smith
_____
[Attorney or consultant]

Sandler, Travis & Rosenberg
_____

1300 Pennsylvania Ave, NW Suite 400
_____

Washington, DC 20004
_____
[Address and Telephone Number]
(202) 216-9307

Date: November 10, 2009

Form 17-1

**Form 17**

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| KING SUPPLY COMPANY LLC<br>D/B/A KING ARCHITECTURAL<br>METALS, | Plaintiff, |
| v. | |
| UNITED STATES | Defendant. |

Court No.  09-00477

### BUSINESS PROPRIETARY INFORMATION CERTIFICATION

_____Mark Tallo_____ certifies that

1.    I am

☒    an attorney at the law firm of _Sandler, Travis & Rosenberg, P.A._ ; or an attorney in the corporate legal department of _____, and I have read and am familiar with the Rules of the United States Court of International Trade.

☐    a consultant employed by _____.

2.    I represent, or am retained by or on behalf of

☒    a party to this action,

☐    an interested party that has filed a motion to intervene in this action, which is identified below:

_____.

3.    I was

☒    granted access to business proprietary information subject to an administrative protective order in the administrative proceeding which gives rise to this action.

☐    not subject to an administrative protective order in the administrative proceeding which gives rise to this action.  All parties to this action and interested parties who are entitled to service of this Certification pursuant to Rules 5 and 73.2(c)(5) of the United States Court of International Trade are listed below:

Form 17-2

| Party | Attorney | Date of Contact |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Each of these parties or interested parties has been contacted; none has objected to my access to proprietary information in this action subject to the Appendix on Access to Business Proprietary Information Pursuant to Rule 73.2(c) to the Rules of the United States Court of International Trade.

4.    I am

   ☒    (for attorneys)  not involved in competitive decision making for the interested party I represent.

   ☐    (for consultants)  independent of all parties in this action.

5.    I have read and agree to be bound by the terms of the Appendix on Access to Business Proprietary Information Pursuant to Rule 73.2(c) to the Rules of the United States Court of International Trade.

/s/Mark Tallo
_____
[Attorney or consultant]

Sandler, Travis & Rosenberg
_____

1300 Pennsylvania Ave, NW Suite 400
_____

Washington, DC 20004
_____
[Address and Telephone Number]
(202) 216-9307

Date:  November 10, 2009