# CERTIFICATE OF SERVICE

Pursuant to CIT Rules 3(f), and 5(g), I hereby certify that on this the 10th day of November 2009, copies of the foregoing (1) Summons; (2) Information Statement; (3) Disclosure of Corporate Affiliation; and (4) Business Proprietary Information Certifications were served by certified, first-class mail, return receipt requested, on the following parties, which were parties to the underlying proceeding:

John B. Totaro, Jr., Esq.
Representative of Hackney Ladish, Inc.
Saul Ewing LLP
2600 Virginia Avenue, NW
Suite 1000
Washington, DC 20037-1922
Phone/Fax: 202-342-3418 / 202-295-6772
Email: jtotaro@saul.com

Lawrence J. Bogard, Esq.
Representative of Tube Forgings of America, Inc. ("TFA")
Neville Peterson LLP
1400 16th Street, NW
Suite 350
Washington, DC 20036
Phone/Fax: 202-861-2959 / 202-861-2924 and 861-6077
Email: lbogard@npwdc.com

Simeon M. Kriesberg, Esq.
Representative of Weldbend Corporation ("Weldbend")
Mayer Brown
1999 K Street, NW
Washington, DC 22006
Phone/Fax: 202-263-3000 / 202-263-3300
Email: skriesberg@mayerbrown.com

/s/ Mark Tallo
Mark Tallo